1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

7  MELISSA T. DAUGHERTY (SBN: 227451)
   Melissa.Daugherty@lewisbrisbois.com
8  LAUREN R. VANLOCHEM (SBN: 291807)
   Lauren.Vanlochem@lewisbrisbois.com
9  LEWIS BRISBOIS BISGAARD & SMITH LLP
   633 West 5th Street, Suite 4000
10 Los Angeles, California 90071
   Telephone: (213) 250-1800
11 Facsimile: (213) 250-7900
   Attorneys for Defendants
12 H & A Properties, L.P., H & A Real Estate Investments, Inc. and Ocean Foot Spa, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, <br><br> Plaintiff, <br><br> v. <br><br> H & A PROPERTIES, L.P., a California Limited Partnership; H & A REAL ESTATE INVESTMENTS, INC., a California Corporation; OCEAN FOOT SPA, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 2:18-CV-00345-RGK-SK <br><br> **JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

10
11  Dated: March 16, 2018                CENTER FOR DISABILITY ACCESS
12
13                                       By: /s/Phyl Grace
                                             Phyl Grace
14                                           Attorneys for Plaintiff

15  Dated: March 16, 2018                LEWIS BRISBOIS BISGAARD & SMITH LLP
16
17                                       By: /s/Melissa T. Daugherty
                                             Melissa T. Daugherty
18                                           Lauren R. Vanlochem
                                             Attorneys for Defendants
19                                           H & A Properties, L.P., H & A Real Estate
                                             Investments, Inc. and Ocean Foot Spa, Inc.
20
21
22
23
24
25
26
27
28

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Melissa T. Daugherty, counsel for H & A Properties, L.P., H & A Real Estate Investments, Inc. and Ocean Foot Spa, and that I have obtained Ms. Daugherty's authorization to affix her electronic signature to this document.

Dated: March 16, 2018              CENTER FOR DISABILITY ACCESS

                                   By: /s/Phyl Grace
                                       Phyl Grace
                                       Attorneys for Plaintiff