1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   MELISSA T. DAUGHERTY (SBN: 227451)
8  Melissa.Daugherty@lewisbrisbois.com
   LAUREN R. VANLOCHEM (SBN: 291807)
9  Lauren.Vanlochem@lewisbrisbois.com
10 LEWIS BRISBOIS BISGAARD & SMITH LLP
   633 West 5th Street, Suite 4000
11 Los Angeles, California 90071
   Telephone: (213) 250-1800
12 Facsimile: (213) 250-7900
   Attorneys for Defendants
13 H & A Properties, L.P., H & A Real Estate Investments, Inc. and Ocean Foot Spa
14

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA

17 | NEHEMIAH KONG,                              | Case: 2:18-CV-00345-RGK-SK
18 |            Plaintiff,                        |
19 |      v.                                      | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**
20 | H & A PROPERTIES, L.P., a California Limited Partnership; |
21 | H & A REAL ESTATE INVESTMENTS, INC., a California |
22 | Corporation; OCEAN FOOT SPA, a California Corporation; and Does 1- |
23 | 10,                                           |
24 |            Defendants.                        |

1

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties, each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 5, 2018        CENTER FOR DISABILITY ACCESS

                            By: /s/ Phyl Grace
                                Phyl Grace
                                Attorneys for Plaintiff

Dated: April 5, 2018        LEWIS BRISBOIS BISGAARD & SMITH LLP

                            By:  /s/ Melissa T. Daugherty
                                Melissa T. Daugherty
                                Lauren R. Vanlochem
                                Attorneys for Defendants
                                H & A Properties, L.P., H & A Real Estate Investments, Inc. and Ocean Foot Spa

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Melissa T. Daugherty, counsel for H & A Properties, L.P., H & A Real Estate Investments, Inc. and Ocean Foot Spa, and that I have obtained Ms. Daugherty's authorization to affix her electronic signature to this document.

Dated: April 5, 2018            CENTER FOR DISABILITY ACCESS

                                       By: /s/ Phyl Grace
                                            Phyl Grace
                                            Attorneys for Plaintiff